# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| WITZKE, EDWARD | § | Case No. 09-09641 |
| WITZKE, KIMBERLY M | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
> CLERK OF COURT
> 219 S. DEARBORN STREET
> CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 04/23/2010 in Courtroom 4016,
> DuPage Judicial Center
> 505 N. County Farm Road
> Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 03/22/2010                                         By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UST Form 101-7-NFR (9/1/2009) (Page: 1)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| WITZKE, EDWARD | § § | Case No. 09-09641 |
| WITZKE, KIMBERLY M | § § | |
| Debtor(s) | § § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 11,225.04 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 11,225.04 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* | |
|---|---|---|
| Ford Motor Credit Company LLC | $ | 0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | | *Expenses* | |
|---|---|---|---|---|
| Trustee: BRENDA PORTER HELMS, TRUSTEE | $ | 1,872.50 | $ | 0.00 |
| Attorney for trustee: | $ | | $ | |
| Appraiser: | $ | | $ | |
| Auctioneer: | $ | | $ | |
| Accountant: | $ | | $ | |
| Special Attorney for trustee: | $ | | $ | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page 2)*

|                | Reason/Applicant | Fees | Expenses |
|----------------|------------------|------|----------|
| Charges:       |                  | $    | $        |
| Fees:          |                  | $    | $        |
| Other:         |                  | $    | $        |
| Other:         |                  | $    | $        |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|                      | Reason/Applicant | Fees | Expenses |
|----------------------|------------------|------|----------|
| Attorney for debtor: |                  | $    | $        |
| Attorney for:        |                  | $    | $        |
| Accountant for:      |                  | $    | $        |
| Appraiser for:       |                  | $    | $        |
| Other:               |                  | $    | $        |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|--------------|----------|-----------------------|------------------|
|              |          | $                     | $                |
|              |          | $                     | $                |
|              |          | $                     | $                |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 24,003.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 39.0 percent.

UST Form 101-7-NFR (9/1/2009) (Page: 3)

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Chase Bank USA NA | $ 5,938.74 | $ 2,313.93 |
| 000003 | Chase Bank USA, N.A. | $ 5,812.88 | $ 2,264.90 |
| 000004 | Chase Bank USA NA | $ 7,315.36 | $ 2,850.31 |
| 000005 | PYOD LLC Assigne of Citibank | $ 2,112.72 | $ 823.19 |
| 000006 | FIA CARD SERVICES, NA/BANK OF AMERICA | $ 2,823.70 | $ 1,100.21 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

UST Form 101-7-NFR (9/1/2009) (Page: 4)

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009) (Page: 5)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: froman                  Page 1 of 1                   Date Rcvd: Mar 23, 2010
Case: 09-09641                 Form ID: pdf006               Total Noticed: 20

The following entities were noticed by first class mail on Mar 25, 2010.
db/jdb        +Edward Witzke,   Kimberly M Witzke,   1200 Elizabeth St,   West Chicago, IL 60185-3920
aty           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 W Lawrence Avenue,
                Chicago, IL 60625-5104
aty           +Isaiah A Fishman,   The Law Offices of Peter Francis Geraci,   55 East Monroe St. Suite #3400,
                Chicago, IL 60603-5920
tr            +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
                Chicago, IL 60625-5104
13675092      +Bank United,   Attn: Bankruptcy Dept.,   7815 Nw 148Th St,   Miami Lakes, FL 33016-1554
13675098      +Bank of America,   Attn: Bankruptcy Dept.,   Pob 17054,   Wilmington, DE 19884-0001
13675103      +Biehl & Biehl,   Bankruptcy Department,   PO Box 87410,   Carol Stream, IL 60188-7410
13675097      +Capital One,   Attn: Bankruptcy Dept.,   Po Box 85520,   Richmond, VA 23285-5520
13675099      +Chase,   Attn: Bankruptcy Dept.,   800 Brooksedge Blvd,   Westerville, OH 43081-2822
14197823       Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
14207085       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
13675102      +Daily Herald/Paddock Pub. Inc.,   Bankruptcy Department,   PO Box 1420,
                Arlington Heights, IL 60006-1420
14497606       FIA CARD SERVICES, NA/BANK OF AMERICA,   BY AMERICAN INFOSOURCE LP AS ITS AGENT,   PO Box 248809,
                Oklahoma City, OK 73124-8809
13702471      ++FORD MOTOR CREDIT COMPANY,   PO BOX 6275,   DEARBORN MI 48121-6275
              (address filed with court: Ford Motor Credit Company LLC,   P O Box 537901,
                Livonia  MI  48153-9905)
13675091      +Ford Motor Credit Company,   Attn: Bankruptcy Dept.,   Po Box Box 542000,   Omaha, NE 68154-8000
13675093      +Guitar Center/HSBC,   Attn: Bankruptcy Dept.,   90 Christiana Rd,   New Castle, DE 19720-3118
13675096      +IC Systems Inc.,   Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557
14295946      +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
13675094      +Sears/Citibank,   Attn: Bankruptcy Dept.,   Po Box 6189,   Sioux Falls, SD 57117-6189
13675095       Washington Mutual/Providian,   Attn: Bankruptcy Dept.,   Po Box 9180,   Pleasanton, CA 94566

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14215033*      Chase Bank USA NA,   PO BOX 15145,   Wilmington DE 19850-5145
13675101*     +IC Systems Inc.,   Bankruptcy Department,   444 Highway 96E,   Saint Paul, MN 55127-2557
13675100*      Washington Mutual/Providian,   Attn: Bankruptcy Dept.,   Po Box 9180,   Pleasanton, CA 94566
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 25, 2010**                            **Signature:** _Joseph Speetjens_